1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States



**FILED**

NOV 2 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:16-CV-02762-MCE-DB

12              Plaintiff,

13        v.                                 ORDER REGARDING CLERK'S
                                             ISSUANCE OF WARRANT FOR ARREST
14  APPROXIMATELY $12,000.00 IN U.S.         OF ARTICLES *IN REM*
    CURRENCY,
15
    APPROXIMATELY $9,000.00 IN U.S.
16  CURRENCY, and

17  APPROXIMATELY $8,900.00 IN U.S.
    CURRENCY,
18
                Defendants.
19

20        WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 22, 2016 in

21  the United States District Court for the Eastern District of California, alleging that the defendant

22  Approximately $12,000.00 in U.S. Currency, defendant Approximately $9,000.00 in U.S. Currency and

23  the defendant Approximately $8,900.00 in U.S. Currency ("defendant currency") is subject to forfeiture

24  to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et*

25  *seq.*;

26        And WHEREAS, the Court being satisfied that, based on the Verified Complaint for Forfeiture

27  *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Richard J. Britt there is

28  probable cause to believe that the defendant currency so described constitutes property that is subject to

                                            1

1  forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In*

2  *Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims

3  and Asset Forfeiture Actions;

4        IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District

5  of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

6  Dated: *Nov. 28, 2016*

                                   KENDALL J. NEWMAN

7                                     United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest

1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                 2:16-CV-02762-MCE-DB

12          Plaintiff,

13      v.                                    WARRANT FOR ARREST OF
                                              ARTICLES *IN REM*
14  APPROXIMATELY $12,000.00 IN U.S.
    CURRENCY,
15
    APPROXIMATELY $9,000.00 IN U.S.
16  CURRENCY, and

17  APPROXIMATELY $8,900.00 IN U.S.
    CURRENCY,
18
19          Defendants.

20

21      TO THE U.S. MARSHALS SERVICE OF THE EASTERN DISTRICT OF CALIFORNIA

22  AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

23      WHEREAS, a verified complaint of forfeiture has been filed on November 22, 2016, in the

24  United States District Court for the Eastern District of California, alleging that the defendant

25  Approximately $12,000.00 in U.S. Currency, defendant Approximately $9,000.00 in U.S. Currency and

26  defendant Approximately $8,900.00 in U.S. Currency ("defendant currency") is subject to forfeiture to

27  the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq*.

28      WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and

                                        1

1   Asset Forfeiture Actions ("Supplemental Rules") provides that when the United States files a complaint

2   demanding a forfeiture for violation of a federal statute, the clerk must issue a warrant to arrest the

3   property if it is in the government's possession, custody, or control.  The defendant currency is in the

4   custody of the U.S. Marshals Service for the Eastern District of California.

5           WHEREAS, in addition, United States Magistrate Judge Kendall J. Newman has ordered that

6   the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for

7   Arrest of Articles *In Rem* for the defendant currency based on the Verified Complaint for Forfeiture *In*

8   *Rem* and the affidavit of Drug Enforcement Administration Special Agent Richard J. Britt, stating that

9   there is probable cause to believe that the defendant currency so described constitutes property that is

10  subject to forfeiture for such violation(s);

11          YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant

12  currency, and use discretion and whatever means appropriate to protect and maintain said defendant

13  currency; and

14          IT IS FURTHER ORDERED that you shall provide notice of this action to all persons thought

15  to have an interest in or claim against the defendant currency by serving upon such persons a copy of

16  this warrant and a copy of the Verified Complaint for Forfeiture *In Rem* in a manner consistent with the

17  Supplemental Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law.  This

18  warrant provides notice that in order to avoid forfeiture of the defendant currency, any person claiming

19  an interest in, or right against, the property must file a verified claim, signed under penalty of perjury,

20  identifying the interest in, or right against, the property in the manner set forth in Rule G(5)(a) of the

21  Supplemental Rules, Federal Rules of Civil Procedure, except that in no event may such claim be filed

22  later than 35 days after the date of notice of the forfeiture action and a copy of the complaint was sent

23  or, as applicable, 60 days after the first day of publication on the official internet government forfeiture

24  site www.forfeiture.gov  posting the notice of the forfeiture action.  In addition, any person having filed

25  such a claim must also file an answer to the complaint or a motion under Rule G(5) and Fed. R. Civ. P.,

26  Rule 12 no later than 21 days after the filing of the claim, with a copy thereof sent to Assistant U.S.

27  Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814.

28          IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the

Warrant for Arrest

1  same in this Court with your return thereon, identifying the individuals upon whom copies were served

2  and the manner employed.

3  Dated: 11/28/16

                                  MARIANNE MATHERLY, Clerk

5                  By:   A. Benson

6                        Deputy Clerk
                      United States District Court

7                        Eastern District of California

3