UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America , <br><br> Plaintiff, <br><br> v. <br><br> Approximately $12,000.00 in U.S. Currency, et al. , <br><br> Defendant. | Case No. 2:16-CV-02762-MCE-DB <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

Gordon Bryan Cellum, Gabriel Santillan and Keisha Maldonado

March 06, 2017                                                  MARIANNE MATHERLY, CLERK

                                                                                  By: /s/ R. Becknal , Deputy Clerk